IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01526-WDM-CBS

WACHOVIA BANK, N.A.,

    Plaintiff,

v.

CHARISSE LAYNE DEAN,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER comes before the Court upon the Stipulation and Joint Motion for Order Concerning Disclosure and Production of Confidential Materials of Plaintiff and Defendant (filed April 7, 2006; *doc. no. 25*). The Court, having reviewed the stipulation and motion, GRANTS the motion and hereby makes the stipulation an ORDER of this Court.

**DATED:**    April 10, 2006