IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01526-WDM-CBS

WACHOVIA BANK, N.A.,

    Plaintiff,

v.

CHARISSE LAYNE DEAN,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER comes before the Court upon the Notice of Withdrawal of Unopposed Motion for Leave for Telephonic Participation in Settlement Conference (filed April 19, 2006; *doc. no. 30*).

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave for Telephonic Participation in Settlement Conference (filed April 18, 2006; *doc. no. 28*) is **DENIED**, as withdrawn.

**DATED:**    April 19, 2006